# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157347

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 157347
                                     COA: 338787
                                     Saginaw CC: 07-029540-FC

TREVEON DESHODD CAMEL,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the February 5, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018

a1217

Clerk